Jaime A. Davidson
Reg. No. 37593-053 (B-4)
USP - Pollock
P.O. Box - 2099
Pollock, LA. 71467

**ORIGINAL**



August 12, 2002

UNITED STATES DISTRICT COURT
Hon. Frederick J. Scullin, Jr.,C.J.
Post Office Box - 7255
Syracuse, N.Y. 13261-7255

Tel. No. (315)448-0561



<u>RE</u>:  **UNITED STATES V. JAIME A. DAVIDSON
       CRIM. NO. 92-CR-35 / CIVIL NO. 5:00-CV-869**

  **<u>REQUEST FOR RE-ASSIGNMENT OF CASE TO ANOTHER JUDGE</u>**

Dear Hon. Chief Judge Scullin, Jr.:

The purpose of this letter is to seek your earnest assistance in the instant matter at hand. Hon. Scullin, Jr., I am coming to you in good-faith and with a humble spirit striving to place you on notice as to what is presently occurring with my case.

Hon. Scullin, Jr., I do not wish to continue going through the ups and down with my presiding Senior Judge Neal P. McCurn. I would like for you to review the present case yourself. Based on the high profile nature of my case, in my opinion, I feel that the Hon. McCurn,S.J. is having a lot of pressure to make the correct ruling on my Habeas Petition. For the record, my case has been remanded back to the District Court now twice.

Nevertheless, my case is a unique one and I am not asking for you to set any type of precedence, but to only handle it on a case by case situation. Chief Judge, please, just take a close look at all the facts of my case and what is happening and you will see that "the appearance of justice doesn't look too good, for the sake of enhancing the public's confidence with the Judicial System."

Thanks in advance for looking into the present issue at hand. All I am requesting is for my case to be transferred to a new judge and acquire my due process rights. Your most rapid reply will be highly appreciated. I am always ...


Respectfully submitted,

*Jaime A. Davidson*
Jaime A. Davidson, <u>pro-se</u>.


JAD/jad

cc: **Youth Task Force**
    **File**