Jaime A. Davidson
Reg. No. 37593-053 (B-4)
U.S.P. Pollock
P.O. Box - 2099
Pollock, LA 71467

May 11, 2003

Hon. Neal P. McCurn, S.J.
UNITED STATES DISTRICT COURT
100 South Clinton Street
P.O. Box - 7365
Syracuse, N.Y. 13261-7365



RE: **UNITED STATES V. JAIME A. DAVIDSON**
**CIVIL NO. 5:00-CV-869(NPM); APPEAL NO. 01-2370**

**URGENT NOTICE TO PLACE YOUTH TASK FORCE (CASSETTE TAPE & TRANSCRIPT OF INTERVIEW WITH DR. RIGLE) ON THE DOCKET (RECORD)**

Dear Hon. McCurn, S.J.:

Please be advised that since May 5th, 2003, the Youth Task Force, Executive Director, Ms. Angela E. Brown, M.Div., mailed via, Fax and US Express Mail to Your Honor, the attached letter with the tape recorded interview with Dr. David A. Rigle and the supporting transcripts, and up until May 9th, 2003 at approximately 4:45 pm, the aforementioned documents were still **"NOT"** on the record.

The record should reflect that Petitioner had spoke to Ms. Christine (a Clerk of the Court), and after diligently attempting to locate said tape and transcripts it was to no avail. The fact remains is that Ms. Christine informed me that it might have been sent to Your Honor's Chambers directly/immediately and **"WITHHELD"** from my Docket Sheet until Your Honor concludes its review. I must stress on the record that those practices are Judicial Misconducts, where Your Honor is **"INTENTIONALLY ENGAGING IN CONDUCT PREJUDICIAL TO THE EFFECTIVE AND EXPEDITIOUS ADMINISTRATION OF THE BUSINESS OF THE COURTS."**

Hon. McCurn, for the record, it must be noted that the contents of the tape and its supporting transcripts, **"UNDISPUTABLY PROVES"** where and how I have been wrongfully convicted for over 11 years for the murder of Officer Wallie Howard, Jr. Now, again, more documents directly proving where I am **"ACTUALLY (FACTUALLY) INNOCENT"** continues to disappear from the record and/or withheld-- reflecting where bad practices are being executded in a prejudicial manner against me.

Thanks in advance for your time, assistance and earnest consideration in this most critical matter. Upon receipt of this letter, I will contact Ms. Brown in order for her to call the Clerk's Office at (315)793-8151, ask to speak to Ms. Christine and give her the **"U.S. EXPRESS MAIL CONFIRMATION NUMBER,"** proving that said package in question was received by the Clerk's Office. Your most rapid reply filing said documents in a timely manner (May 6, 2003), will be highly appreciated **(FORWARDING PETITIONER A COPY OF THE**

NEW AND CORRECTED DOCKET SHEET, REFLECTING THE INCLUSION OF THE MISSING DOCUMENTS SUBMITTED BY MS. ANGELA E. BROWN, ON BEHALF OF PETITIONER). And, if by the time this letter arrives to Your Honor and said documents in question are still missing from my Docket Sheet, due to exceptional circumstances beyond my control, I am going to instruct Ms. Brown to forward a "SECOND COPY" via, "CERTIFIED RETURN RECEIPT TO MS. CHRISTINE (A CLERK OF THE COURT), in order for the green card to reflect who "SIGNED FOR SAID PACKAGE." I am always ...

Very truly yours,

Jaime A. Davidson, pro-se.

JAD/jad

cc: Ms. Angela E. Brown, M.Div.
    (YOUTH TASK FORCE, EXEC. DIRECTOR)
  Hon. Frederick J. Scullin, Jr., C.J.
  Hon. John M. Walker, Jr., C.J.
  Ms. Christine (Clerk of the Court)
  File

ENCLOSURE



May 5, 2003

<u>Via Fax – US Express Mail</u>

Judge Neal P. McCurn
PO Box 7365
100 South Clinton Street
Syracuse, NY 13261-7365

    Re:    <u>Cassette Tape & Transcript of Interview with Dr. Rigle</u>

Dear Honorable Judge McCurn:

Pursuant to the above referenced matter, please find enclosed said materials to be attached to previously file motion via Jaime A. Davidson entitled: <u>PETITIONER'S SECOND URGENT MOTION/NOTICE FOR THE RECORD TO REFLECT, DUE TO EXCEPTIONAL CIRCUMSTANCES, IN SUPPORT OF PETITIONER'S "MOTION FOR NEW TRIAL…" AND REQUEST FOR AN EVIDENTIARY HEARING, TO PREVENT ANY FURTHER MISCARRIAGE OF JUSTICE OF A PRISONER WHO'S ACTUALLY (FACTUALLY) INNOCENT</u>

Said materials should be received as "Exhibit-J." It is our common business practice to record conversations for the purpose of keeping an accurate account of our work when deemed necessary. Said recordings are reflective of such purposes. If you have any questions, please feel free to contact our office.

Sincerely,

Angela Brown
Executive Director

Youth Task Force
P.O. Box 11078
Atlanta, GA 30310
404.752.TASK (8275)
404.752.8276 fax
YTF@mindspring.com

# CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Interview and Cassette Tape has been made by first class United States postage upon all parties this the 5th day of May, 2003, by US Express mailing One copy to US District Court, Judge Neal P. McCurn, PO Box 7365, 100 South Clinton Street, Syracuse, New York 13261, and one copy as follows:

>*Jaime A. Davidson
>37593-053
>PO Box 2099
>Pollock, Louisiana 71467
>(Pro Se Counsel)

And

>John G. Duncan, Esquire
>Executive A.U.S.A.
>PO Box 7198
>100 Clinton Street
>Syracuse, New York 13261-7198

Executed on this ___5th___ day of ___May___, 2003.


*Please note due to US Penitentiary Rules, Only the Interview Transcript could be received by Davidson; therefore instead of sending said cassette to Jaime A. Davidson, a copy of the cassette tape and transcript was submitted to, Major Isaac Davidson, 7802 Gum Springs Village Drive, Alexandria, Virginia 22306.

_____
Angela E. Brown
917 Oglethorpe Avenue, SW
Atlanta, Georgia 30310
(404) 752-8275

1