UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

JAIME A. DAVIDSON,

                Petitioner,

    -v-

UNITED STATES OF AMERICA,

                                         5:00-CV-869

                Respondent.            92-CR-035

| APPEARANCES: | OF COUNSEL: |
|---|---|

JAIME A. DAVIDSON
Petitioner, *pro se*
37593-053
U.S.P. McCreary
P. O. Box 3000
Pine Knot, KY 42653

| HON. ANDREW T. BAXTER | JOHN G. DUNCAN |
|---|---|
| United States Attorney | Assistant U.S. Attorney |

Attorney for Respondent
P. O. Box 7198
100 South Clinton Street
Syracuse, NY 13261-7198

Neal P. McCurn, Senior District Judge

## *ORDER*

On June 25, 2008, this court issued a Memorandum, Decision and Order whereby, on remand from the Court of Appeals for the Second Circuit, it reaffirmed its October 17, 2003 Memorandum, Decision and Order denying several motions by petitioner Jaime A. Davidson ("Petitioner") as second or

successive. A copy of this court's June 25, 2008 MDO was sent to Petitioner by regular mail at the address of record. Further, although Petitioner's appellate counsel had not appeared in this court, a courtesy copy of this court's MDO was sent to her by regular mail. Petitioner's mail was subsequently returned as undeliverable.

Presently before the court is Petitioner's September 13, 2009 application for a certificate of appealability. See Dkt. No. 168. Petitioner's application for a certificate of appealability is hereby DENIED as he has not made a "substantial showing of the denial of a constitutional right" pursuant to 28 U.S.C. § 2253(c)(2).

The Clerk of the Court is directed to serve a copy of this Order by regular mail to petitioner, Jaime A. Davidson, and is directed to mail a courtesy copy to Petitioner's appellate counsel, Bettina Schein, at 260 Madison Avenue, New York, New York, 10016.

IT IS SO ORDERED.

DATED:    September 29, 2009
          Syracuse, New York

_____
Neal P. McCurn
Senior U.S. District Judge